IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GERMONTRIC L. DRIVER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-00133 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| BONNIE PICKLTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

In accordance with the Memorandum filed herewith, Defendant Bonnie Pinklton's motion for summary judgment (Docket Entry No. 17) is **GRANTED**. This action is **DISMISSED with prejudice**. Any appeal of the Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 2d day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court